# United States Court of Appeals for the Fifth Circuit

---

No. 23-10752
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
February 5, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DOUGLAS ARCIA HERNANDEZ,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CR-2-1

---

Before JONES, SOUTHWICK, and HO, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Douglas Arcia Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Arcia Hernandez has filed a response.

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 23-10752

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Arcia Hernandez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.